J. F. EDMISTON, ET AL., *v.* THOMAS EDMISTON, ET AL.

**Revocation of a Will or Codicil.**
   The statute provides that "no will or codicil shall be revoked" ex-
   cept in some one of the modes enumerated in the statute.   No mere
   intention, however expressed, unless carried into execution, can have
   this effect.

**Declaration of Deceased Person to Establish a Will.**
   Evidence of the declarations of a deceased person cannot be re-
   ceived to establish a will.

APPEAL FROM GARRARD CIRCUIT COURT.

June 26, 1879.

OPINION BY JUDGE COFER:

The statute expressly provides that "no will or codicil shall be revoked" except in some one of the modes therein enumerated. No mere intention, however expressed, unless carried into execution by some of the acts designated in the statute, can have the effect to revoke a will. The statute is plain and peremptory, is founded in wisdom, and has the sanction of experience. The legislature did not mean to have the devolution of estates to be controlled by parol evidence.

We have recently decided that the evidence of the declarations of a deceased person cannot be received to establish a will (*Mercer's Adm'r v. Mackin,* 14 Bush 434), and the same reasons require us to hold that a will once duly executed cannot be revoked except in one of the modes provided by the statute.

Judgment *affirmed.*

*Deeny & Tomlinson, for appellants.*

*R. M. & W. O. Bradley, Anderson & Herndon, for appellees.*